# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ADLIFE MARKETING & COMMUNICATIONS,
CO., INC., *Plaintiff*,

v.                                                              C.A. No. _____

CHAPMAN FAMILY RANCHES,
CHAPMAN FAMILY RANCH LIMITED
PARTNERSHIP, CHAPMAN FAMILY
RANCH LIMITED PARTNERSHIP d/b/a
CHAPMAN FAMILY RANCH, AND
DAIRY QUEEN OF CLYDE, INC.,
*Defendants*.

## COMPLAINT

**I.    JURISDICTION AND VENUE**

1. Plaintiff Adlife Marketing and Communications, Co., Inc., is a Rhode Island company with a principal place of business at 38 Church St., Pawtucket, Rhode Island.

2. Defendant Chapman Family Ranches, is a company located at Chapman Family Ranch, 23110 FM 1159, Clarksville, Texas 75426.

3. Defendant Chapman Family Ranch Limited Partnership is a company located in Texas and can be reached c/o Lam, Po & Xu, CPAs, 7510 David Boulevard, North Richland Hills, Texas 76180.

4. Defendant Chapman Family Ranch Limited Partnership d/b/a Chapman Family Ranch, is a company located at Chapman Family Ranch 23110 FM 1159, Clarksville, Texas 75426.

5. Defendant Dairy Queen of Clyde, Inc., is the general partner of Chapman Family Ranch Limited Partnership ("Entities") and can located at 5600 Tourist Drive, Fort Worth, Texas 76117.

6.      This Court has subject matter jurisdiction over this suit under the provisions of 28 U.S.C. §§ 1338(a) because this is a civil action arising under an Act of Congress relating to copyrights.

7.      This Court has personal jurisdiction over Chapman because it committed the acts and omission of copyright infringement in Massachusetts and purposely availed itself of the forum district.  Chapman solicited orders from customers in eastern Massachusetts and, upon information and belief, sold products into eastern Massachusetts.

8.      Venue lies properly within this Court under 28 U.S.C. § 1391(b)(2) because this is a district in which the Defendant is doing business with Plaintiff's photograph via the Internet.  Specifically, Chapman solicited orders from customers in eastern Massachusetts and, upon information and belief, sold products into eastern Massachusetts.

## COUNT ONE
### COPYRIGHT INFRINGEMENT

9. Adlife repeats and incorporates by reference all allegations above and below as if restated here in full.

10. Adlife owns the photo attached as Exhibit 1 hereto ("Photo").

11. The Photo has United States copyright registration number:   VA0002012581 issued on August 5, 2016.

12. No later than July, 2016, Chapman took the Photo from Adlife and posted it on Chapman's website http://www.tendertexasbeef.com.

13. Chapman posted the Photo on the following webpage within Chapman's website: http://www.tendertexasbeef.com/html/processing_the_beef.html.

14. Chapman took and used Adlife's Photo without Adlife's knowledge or permission.

15. Chapman used the Photo to solicit business and orders in Massachusetts.

16. Upon information and belief, Chapman's use of the Photo helped Chapman secure orders from Massachusetts and Chapman actually secured orders from Massachusetts after Chapman took and started using the Photo.

17. Chapman's unauthorized use of the Photo constitutes copyright infringement in violation of 17 U.S.C. sec. 501 et seq., entitling Adlife to damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Adlife Marketing and Communications, Co., Inc., respectfully prays as follows:

    A.    That Defendant be summoned to appear and answer this Complaint;

    B.    That this Honorable Court enter judgment in favor of Adlife and against Defendant;

    C.    That this Honorable Court award Adlife actual damages;

    D.    That this Honorable Court award Adlife consequential damages

    E.    That this Honorable Court award Adlife liquidated damages;

    F.    That this Honorable Court award Adlife its attorneys' fees, costs, pre-judgment interest; and

    G.    For such other and further relief as this Court deems necessary, just and proper.

        ADLIFE MARKETNG & COMMUNICATIONS,
        CO., INC.,
        By Its Attorney,

        /s/ Chip Muller
        Chip Muller, Esq. (BBO # 672100)
        Muller Law, LLC
        155 South Main Street, Suite 101
        Providence, RI 02903
        (401) 256-5171 (ph.)
        (401) 256-5178 (fax)
        chip@mullerlaw.com

September 6, 2016

    Plaintiff Adlife Marketing & Communications, Co., Inc., by and through its attorneys, demands a TRIAL BY JURY on all counts so triable.

        /s/  Chip Muller

        Chip Muller, Esq. (BBO # 672100)